UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00600-MOC

| | |
|---|---|
| **ERIC WHITENER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **UNITED SATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on petitioner's Motion that the Court's Order Requiring Government's Response to His <u>Rosemond</u> Claim Be Expanded to Also Require a Response on Whether his <u>Bailey</u> Claims are Timely. As previously discussed, the screening required by the Rules Governing Section 2255 Proceedings have lead this court to conclude that petitioner's <u>Bailey</u> claims are time barred by a number of years. While petitioner has pointed to cases which may well indicate that the government has taken a position favorable to him on <u>Rosemond</u> claims, there is no case law which suggests that his <u>Bailey</u> claims have somehow survived. While the government is certainly welcome to consider all of the claims the court has found and addressed, it cannot require a response to claims that appear to be time barred. Having considered petitioner's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's Motion that the Court's Order Requiring Government's Response to His Rosemond Claim Be Expanded to Also Require a Response on Whether his Bailey Claims are Timely (#24) is DENIED. The government is,

-1-

however, at liberty to address any claims the court has found and earlier denied if it deems such action appropriate.

Signed: April 17, 2015

Max O. Cogburn Jr
United States District Judge