UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00600-MOC

| | | |
|---|---|---|
| **ERIC WHITENER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on the government's request for additional time to respond, communicated to the court prior to the expiration of the deadline. For cause, the government has shown that staff Thanksgiving leave has caused a need for a brief extension of time and that it is the same staff shortage which has caused such motion to be made, at least initially, without written motion. Finding that the interests of justice support a brief extension, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's request for a brief extension is allowed, and the government is allowed up to and inclusive of December 1, 2015, to so respond to the Motion for Clarification (#43).

Signed: November 24, 2015



-1-